## ATTACHMENT A

The property to be searched is a black Apple iPhone in a black case, model unknown, hereinafter the "Device." The Device is currently located at the FBI Traverse City Resident Agency office located at 10850 E. Traverse Highway, Suite 5500, Traverse City, Michigan.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.